UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEMOULAS SUPER MARKETS, INC.<br><br>*Plaintiff*<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>*Defendant* | Case 1:23-cv-10689-WGY |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Now come the Plaintiff, Demoulas Super Markets, Inc. and the Defendant, Federal Insurance Company and hereby stipulate that this action be dismissed by the Court, with prejudice, including all claims, without costs, and with all rights of appear waived.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>DEMOULAS SUPER MARKETS, INC.<br>By its attorneys, | Defendant,<br>FEDERAL INSURANCE COMPANY,<br>By its attorneys, |
| */s/ Jonathan W. Fitch (with permission)*<br>Jonathan W. Fitch, BBO # 168510<br>Peter E. Ball, BBO # 546031<br>Michele E. Connolly, BBO # 680946<br>Malgorzata A. Mrózek, BBO # 699035<br>FITCH LAW PARTNERS LLP<br>84 State Street<br>Boston, MA 02109<br>(617) 542-5542<br>jwf@fitchlp.com<br>peb@fitchlp.com<br>mec@fitchlp.com<br>mam@fitchlp.com | */s/ William T. Bogaert*<br>William T. Bogaert, BBO #546321<br>Andrea S. Burke, BBO #688407<br>WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP<br>260 Franklin Street, 14th Floor<br>Boston, MA 02110-3112<br>Tel.: (617) 422-5300<br>william.bogaert@wilsonelser.com<br>andrea.burke@wilsonelser.com |

Dated: January 30, 2024

1

2

## CERTIFICATE OF SERVICE

    I, William T. Bogaert, hereby certify that, on this 30th day of January 2024, the foregoing document was submitted for filing through the ECF system. The document will be sent electronically to the registered participants, and paper copies will be served via first class mail on those who have appeared and are indicated as non-registered participants.

                                                    */s/ William T. Bogaert*  
                                                    William T. Bogaert